No. 02–5362. FRAZIER, AKA MATTHEWS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–5364. GARCIA v. AYERS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–5365. JONES v. CONROY, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–5367. HAMMONDS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–5368. FENNELL v. SNYDER, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–5369. FRANKLIN v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–5370. WRIGHT v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 02–5371. VELASQUEZ-RUBIO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–5372. TUCKER v. HAMBRICK ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–5373. ARBELO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5375. BIRDWELL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–5377. RASTEN v. GELBOND. C. A. 1st Cir. Certiorari denied.

No. 02–5378. SMITH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5379. BARRIENTOS-RODRIGUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.